Dismissed and Memorandum Opinion filed September 29, 2005









Dismissed and Memorandum Opinion filed September 29,
2005.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-05-00406-CV

____________

 

ENRON
EQUIPMENT PROCUREMENT COMPANY, Appellant/Cross-Appellee

 

V.

 

SIEMENS
WESTINGHOUSE POWER CORPORATION, Appellee/Cross-Appellant

 



 

On Appeal from the 113th District
Court

Harris County, Texas

Trial Court Cause No. 01-44553

 



 

M E M O R A N D U M   O P I N I O N

Both parties have appealed from a judgment signed January 10,
2005.  Enron Equipment Procurement
Corporation has filed for bankruptcy protection in the United States Bankruptcy
Court for the Southern District of New York. 
The parties filed an agreed motion to abate this appeal pending the
bankruptcy court=s review of a settlement agreement between them.  Because a stay is automatically effected by
Section 362(a) of the Bankruptcy Code, we stayed all proceedings in the
appeal.  See Tex. R. App. P. 8.2.








On September 15, 2005, the parties filed an agreed motion to
dismiss their respective appeals because the case has settled.  See Tex.
R. App. P. 42.1.  Attached to the
motion is a sworn copy of the bankruptcy court=s order approving the parties= settlement agreement.  Therefore, the bankruptcy stay is lifted and
the parties= agreed motion to dismiss is
granted.  See Tex. R. App. P. 8.3.  

Accordingly, the appeals are ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed September 29, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.